IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GREGORY L. DYKES,

   Plaintiff,

     v.

PCA FEDERAL CREDIT UNION
also known as
Greater Wayne Federal Credit Union,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-343-TWT

## ORDER

This is a pro se action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of April, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Dykes\r&r.wpd